MORRIS KOPP, Respondent, v. LOUIS FISHMAN and LOUIS FISHMAN & SON, INC., Appellants.— Judgment and order denying motion for a new trial unanimously affirmed, with costs. No opinion. Order resettling order dismissing complaint as to the individual defendant reversed on the law, without costs. The plaintiff himself testified that the sales in question were to the defendant corporation. This was not a failure of proof, and on this affirmative evidence the original order dismissing the complaint on the merits was correct. Present — Rich, Jaycox, Manning, Kelby and Young, JJ.

JOSEPH LOWE, Respondent, v. HENRY J. SCHNITZER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

PALHAMBRO HOLDING CORPORATION, Respondent, v. GEORGE FRIES and ROBERT FRIES, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Young, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE SCALISE, Appellant.— Judgment of conviction by the Court of Special Sessions affirmed. No opinion. Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARGARET R. BOYLE, Respondent, v. WILLIAM C. ORMOND, President, and Others, Constituting and Composing the Board of Assessors of the City of New York, Appellants.— The relator having failed to construct her house in accordance with the established grade of 1892, is not entitled to damages under section 951 of the Greater New York charter,* notwithstanding the fact that the street had not been improved and graded in accordance with the map filed. (People ex rel. Sciarillo v. Hennessy, 152 App. Div. 944; affd., 206 N. Y. 740; People ex rel. Flaxman v. Hennessy, 74 Misc. Rep. 166; People ex rel. Architects' Offices, Inc., v. Ormond, 201 App. Div. 787.) The order is, therefore, reversed on the law and the facts, with ten dollars costs and disbursements, and the proceeding dismissed. Blackmar, P. J., Rich, Jaycox and Manning, JJ., concur; Kelby, J., dissents on the ground that the city is estopped from denying that the natural grade on which the city paved and made assessments for improvements is other than the so-called established grade.

ESTHER A. SHERWOOD, Appellant, v. HELEN LUDWIG, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Young, JJ.

HARRY SIEGEL, Respondent, v. EDWARD H. SCHWARTZ, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

FRANCESCO SISIA and Others, Respondents, v. CATERINA BRUSCA, Appellant.— Order reversed on the law and facts, on argument, with ten dollars costs and disbursements, and motion to dismiss the complaint for neglect to proceed in the action granted, with costs. Blackmar, P. J., Rich, Kelly, Manning and Young, JJ., concur.